UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LAWRENCE LEWIS,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　CASE NO. 3:21cv679-MCR-HTC

WARDEN OF PENSACOLA FEDERAL
 PRISON CAMP,

    Defendant.
_____/

## **O R D E R**

This case is before the Court based on the Magistrate Judge's Report and Recommendation, ECF No. 16, which recommends that this case be dismissed without prejudice for Plaintiff's failure to prosecute or follow orders of the Court. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED** that:

1. The Magistrate Judge's Report and Recommendation, ECF No. 16, is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to prosecute and failure to comply with orders of the Court.

3. The Clerk is directed to close the file.

**DONE AND ORDERED** this 9th day of September 2021.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**